|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| LAFONZO RAY TURNER, | No. 2:19-cv-01577 KJM GGH P |
|---|---|
| Petitioner, |   |
| v. | ORDER |
| LAURA ELRIDGE, Warden, |   |
| Respondent. |   |

Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. §2254. The matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and Local Rule 302(c).

On October 2, 2019, petitioner filed a "request to lift stay and proceed on first amended complaint." ECF No. 6. However, it appears that petitioner has filed this request in the incorrect case. In the present case, no stay has ever been entered nor is petitioner proceeding on a first amended petition.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request to lift the stay (ECF No. 6) is denied as inapplicable; and

////

////

////

1

2. The Clerk of the Court is directed to file the request to lift the stay (ECF No. 6) in Turner v. Asuncion, 2:18-cv-01071-WBS-AC, which is presently stayed and apparently the case in which the request should have been filed in.

Dated: October 22, 2019

/s/ Gregory G. Hollows<br>UNITED STATES MAGISTRATE JUDGE